# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARCIANO CASTANEDA, an individual,

           Plaintiff,

vs.

JAGUAR LAND ROVER NORTH

AMERICA, LLC, a Delaware Limited

Liability Company; and DOES 1 through 10, inclusive,

        Defendants.

Case No: 2:24-cv-01901-WBS-CSK

Hon. William B. Shubb

**ORDER GRANTING JOINT STIPULATION**

1

ORDER GRANTING JOINT STIPULATION

## <u>ORDER</u>

Pursuant to Stipulation of the Parties and good cause appearing:

**IT IS SO ORDERED** that this action is dismissed without prejudice, and the Court shall retain jurisdiction to enforce the terms of the settlement agreement.

Dated:  January 21, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING JOINT STIPULATION